# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-3414

Andrew Mattern, et al v. City of Sea Isle, et al

1-14-cv-07231

# O R D E R

The Court has received the Brief and Appendix from **Appellants Andrew Mattern, Amanda Mattern**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

. Table of contents

. Statement of related cases (for Appellant/Petitioner principal brief ONLY)

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Andrew Mattern, Amanda Mattern** must file an addendum to brief containing the missing section(s) listed above in electronic and paper format (7 paper copies with BLUE front and back covers).

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 12/09/2015. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia*

Marcia M. Waldron, Clerk
Date: 12/4/2015

**EMA/cc:**     **Jeffrey S. Downs, Esq.**
          **Brian M. English I, Esq.**
          **John C. Grady, Esq.**

**For questions please call 267-299-4941, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**